UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTURO OSIEL VALENCIA BARRERA, | Case No. 24-cv-02803-AMO |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| CITY OF SAN FRANCISCO, | Re: Dkt. No. 12 |
| Defendant. | |

The court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation to dismiss the complaint without prejudice for failure to prosecute. The time for objections to the Report expired on September 19, 2024. No objection was filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court **DISMISSES** the complaint without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**